**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

v.	Case No.  4:18cr34-MW/MAF
	USM #: 26090-017

**MICHAEL TYRONE HERRING,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 70.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, ECF No. 67, is **DENIED**. A Certificate of Appealability is **DENIED**."   The Clerk shall also close the file.

**SO ORDERED on July 14, 2020.**

                                               **s/Mark E. Walker           
                                               Chief United States District Judge**